UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Timothy D. Gamble

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
San Bernardino County
City                State                Zip Code

CITATION / CASE NO. 5:06-cr-00001 TAG

Judgment

**ORDER TO PAY**   Ct. 1 - DISMISSED
Ct. 2 - Amended charge to 18:13 CVC 23103

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 05/25/06            _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 400.00 and a penalty assessment of $ 10.00 within 30 days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU      CLERK, USDC                CLERK, USDC
P.O. BOX 740026                501 "I" St., #4200         1130 O Street, Rm 5000
Atlanta, GA 30374-0026         Sacramento, CA 95814       Fresno, CA 93721
1-800-827-2982                                            2500 Tulare St.

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: 5/25/06            for _____
                             U.S. MAGISTRATE JUDGE

Clerk's Office                                            EDCA - 03 Rev 8/97